Becker v. State



COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS






IN RE:


WALTER L. BOYAKI, 

RUBEN P. HERNANDEZ, AND
MIRANDA & BOYAKI,


 Relator.
§


 


§


 


§


 


§


 


§


 


 § 



No. 08-07-00238-CV



AN ORIGINAL PROCEEDING

 IN MANDAMUS





OPINION ON PETITION FOR WRIT OF MANDAMUS


 Relators, Walter L. Boyaki, Ruben P. Hernandez, and Miranda & Boyaki, seek a writ of
mandamus against the Honorable William E. Burke, Jr., Judge of the 189th District Court of Harris
County. Mandamus will lie only to correct a clear abuse of discretion. Walker v. Packer, 827
S.W.2d 833, 840 (Tex. 1992)(orig. proceeding). Moreover, there must be no other adequate remedy
at law. Id. Based on the petition and record before us, we are unable to conclude that Relators are
entitled to the relief requested. Accordingly, we deny mandamus relief. See Tex. R. App. P. 52.8(a).


August 23, 2007 

 ANN CRAWFORD McCLURE, Justice


Before Chew, C.J., McClure, and Carr, JJ.

Chew, C.J., not participating